In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-308 CR


____________________



CHARLES VERNON YORK, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 87922






 MEMORANDUM OPINION 


 Pursuant to a plea bargain, appellant Charles Vernon York pled guilty to felony
criminal mischief. The trial court deferred further proceedings, placed York on community
supervision for three years, and assessed a fine of $500. On January 4, 2006, the State filed
a motion to revoke York's unadjudicated community supervision. York pled true to violating
two of the conditions of the community supervision order. The trial court found that York 

violated the conditions of his community supervision, found York guilty of felony criminal
mischief, and assessed punishment at eighteen months of confinement in a state jail facility. York's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On December 14, 2006, we granted an extension of time for appellant to file a pro
se brief. We received no response from appellant. We reviewed the appellate record, and
we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.

 _________________________________

 HOLLIS HORTON

 Justice 

Submitted on April 6, 2007 

Opinion Delivered April 18, 2007 

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.

 
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.